**Brenda K. MONK (E.R.M., child),**
**Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.**

No. 07–2130.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2008.

Decided: June 17, 2008.

Brenda K. Monk, Appellant Pro Se. Allyson Sinclair Jozwik, Social Security Administration, Philadelphia, Pennsylvania; Sara Bugbee Winn, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda K. Monk appeals the district court's order accepting the magistrate

U.S.C. § 636(c) (2000).

judge's recommendation to affirm the Commissioner's cessation of supplemental security income for Monk's minor son. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have reviewed the record and find no reversible error. Accordingly, we affirm. *See Monk v. Astrue*, No. 4:07–cv–00003–jlk, 2007 WL 3275314 (W.D.Va. Nov. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*